IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 3:13cr297-MHT |
| | ) | (WO) |
| TYRONE DOWDELL | ) | |

ORDER

Defendant Tyrone Dowdell filed two motions for a sentence reduction, in which he sought retroactive application to his sentence of Amendment 782 to the 2014 edition of the United States Sentencing Guidelines. Amendment 782 revised the guidelines applicable to drug-trafficking offenses. Following the United States Sentencing Commission's decision to give retroactive effect to the amendment, this court established a Retroactivity Screening Panel to determine whether a defendant might be eligible for a reduction of sentence, and the court referred one of Dowdell's motions to the panel for consideration. The panel unanimously recommended that Dowdell's motions be denied because he was sentenced after the date that

Amendment 782 went into effect.  *See* Recommendation (doc. no. 66).  In other words, the panel found that Dowdell has already received the benefit of Amendment 782 at sentencing.  In any case, the court need not rule on the recommendation, because Dowdell has been released from prison, so his sentence-reduction motions are now moot.

\*\*\*

Accordingly, it is ORDERED that defendant Tyrone Dowdell's motions for sentence reduction (doc. nos. 63 and 65) are denied as moot.

DONE, this the 4th day of December, 2018.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE