IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 3:13cr297-MHT |
| | ) | (WO) |
| TYRONE DOWDELL | ) | |

ORDER

This case is before the court on defendant Tyrone Dowdell's petition for early termination of supervised release (Doc. 68). The government does not oppose the motion and represents that the probation office does not oppose it either. The government's response (Doc. 71) notes the probation department's placement of Dowdell on the low-risk caseload and his compliance with all terms of supervised release, including his gainful employment, stable housing, consistently negative drug screens, and payment of all court costs. Based on these factors, and Dowdell's completion of over half of his five-year term of supervised release, the court concludes that early termination of supervised release is appropriate.

Accordingly, it is ORDERED that:

(1) The petition for early termination of supervised release (Doc. 68) is granted.

(2) Defendant Tyrone Dowdell's term of supervised release is terminated effective immediately and he is discharged.

DONE, this the 11th day of May, 2021.

                                        /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**